UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

INFORMATION REGARDING ASSIGNMENT OF
CASE TO MAGISTRATE JUDGE AND        10-CV-6182L
FORM FOR CONSENT OR NON-CONSENT

---

This is to advise you that you may consent to proceed to disposition of this case before Magistrate Judge Marian W. Payson pursuant to 28 U.S.C. § 636(c). This means that if all the parties consent, Magistrate Judge Payson will handle all aspects of the case, including the trial, probably much sooner than the district judge assigned to the case. You may, however, without penalty, withhold your consent, and the case will be tried by the district court judge.

If all parties consent to proceed before Magistrate Judge Payson, any appeal taken from the judgment in this case shall be made to the Court of Appeals for the Second Circuit.

The decision to consent or not to consent to proceed to disposition before Magistrate Judge Payson is entirely voluntary, but you **must** advise the Clerk of the U.S. District Court whether or not you would be willing to consent to disposition of the case by a magistrate judge **within 30 days of your receipt of this notice**.

Your response MUST be made to the Court on the attached form.

UNITED STATES DISTRICT COURT

Michael J. Roemer
Clerk, U.S. District Court