UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Sell,

              Plaintiff,                        10-CV-6182L

       v.                                    CONSENT

Conway,

              Defendant.

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned hereby voluntarily **consents/refuses to consent** to the assignment of this case to a magistrate judge to conduct all proceedings in this case, including trial and the entry of final judgment. Any appeal from the judgment in this case shall be taken to the United States District Court of Appeals for the Second Circuit.

_X_ I CONSENT                               ___ I DO NOT CONSENT

Shawn P. Hennessy
(Print Name)

[signature]
(Signature)

2-31-11
(Date)

## INSTRUCTIONS FOR COMPLETING THIS CONSENT FORM

If you are acting *pro se*, please complete this form and return it to the Clerk's office <u>within 30 days of receipt</u>.

If you are represented by counsel, forward the form to your attorney who should complete and return it to the Clerk's office <u>within 30 days of receipt</u>.