UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DAVID SELL,

              Petitioner,

    v.

JAMES T. CONWAY, Superintendent Attica Correctional Facility,

              Respondent.

<u>ORDER</u>

10-CV-6182

---

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636, the above captioned habeas corpus petition is transferred to United States Magistrate Judge Victor E. Bianchini for all further proceedings consistent with the scope of the original referral order under 28 U.S.C. § 636 and the parties' consent to Magistrate Judge jurisdiction.

**IT IS SO ORDERED.**

                                              /s/ Marian W. Payson
                                              MARIAN W. PAYSON
                                            United States Magistrate Judge

Dated: Rochester, New York
         May 4, 2011